

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00114-CV

| | | |
|---|---|---|
| Jonathan David Tsuchiya | § | From the 153rd District Court |
| v. | § | of Tarrant County (153-269543-13) |
| The State of Texas, The City of Bedford, The City of Colleyville, The City of Euless, The City of Grapevine, and The City of Westlake | § | April 30, 2015 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM